**In the Matter of Krzysztof L. NOWAK.**

**No. 608 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 22, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of September, 2000, Krzysztof L. Nowak having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated December 20, 1999; the said Krzysztof L. Nowak having been directed on August 3, 2000, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Krzysztof L. Nowak is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**In the Matter of Tony W. PENN.**

**No. 606 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 22, 2000.

*ORDER*

PER CURIAM:

AND NOW, this 22nd day of September, 2000, a Rule having been entered by this Court on August 1, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Tony W. Penn to show cause why he should not be placed on temporary suspension and no response thereto having been filed, it is hereby

ORDERED that the Rule is made absolute; Tony W. Penn is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa.R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa. R.D.E.